**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE SIMS,

    Plaintiff,

  v.

NCO FINANCIAL SERVICES,

    Defendant.
                              /

No. C 08-05347 WHA

**ORDER ALLOWING TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE**

    The Court discontinued allowing counsel to appear by telephone long ago due to snafus in the proceedings due to outdated equipment the Court must use on such occasions. For this one appearance, however, the Court will allow Mr. Meier to appear by telephone but not again.

    **IT IS SO ORDERED.**

Dated: February 25, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE