IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE SIMS,

    Plaintiff,

v.

NCO FINANCIAL SERVICES,

    Defendant.

No. C 08-05347 WHA

**ORDER DISALLOWING APPEARANCE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND VACATING PRIOR ORDER**

The Court learned long ago that the Court's telephone equipment is not well suited for telephone conferences. The Court tried this for several years but found the entire experience to be extremely frustrating, namely because lawyers were speaking over each other and over the Court. Nonetheless, in a moment of weakness the Court allowed plaintiff's counsel to appear by telephone, expecting that the other side would appear in person. Now, however, the other side wishes to also appear by telephone. This is not workable and, therefore, both sides must appear in person, like all other counsel throughout the country. The prior order allowing telephone appearance is **VACATED**.

    **IT IS SO ORDERED.**

Dated: February 27, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE