**United States District Court**
For the Northern District of California

1
2
3
4
5
6                  IN THE UNITED STATES DISTRICT COURT
7
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   CHRISTINE SIMS,                        No. C 08-05347 WHA
11            Plaintiff,
12      v.                                  **ORDER CONTINUING
                                            CASE MANAGEMENT
13   NCO FINANICAL SERVICES,                CONFERENCE**
14            Defendant.
                                 /
15
16        The Court is in receipt of the parties' notice of settlement and request that the case
17   management conference currently set for tomorrow, March 5, 2009, be vacated.  Because the
18   parties were purposely vague re filing a dismissal in the "near future" and settlements in
19   principle have a tendency to fall apart, the Court must **CONTINUE** the case management
20   conference to **MARCH 12 AT 11:00 A.M.**  If a dismissal is timely filed, the case management
21   conference will be taken off calendar.
22
23        **IT IS SO ORDERED.**
24
25   Dated:  March 4, 2009.
26                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
27
28